UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KERVIN JEANTY,
                Plaintiff,

v.

PRECISION PIPELINE SOLUTIONS, LLC,
                Defendant.
------------------------------------------------------------x

**ORDER**

18 CV 7721 (VB)

At a conference held today and attended by plaintiff appearing <u>pro se</u> and counsel for defendant, the Court provided to plaintiff the following documents for the second time: (i) Discovery Guide, (ii) Motions Guide, and (iii) NYLAG flyer.

As discussed at the conference today, it is HEREBY ORDERED:

1. Defendant's application that plaintiff be prohibited from editing or amending his discovery responses is GRANTED. Plaintiff may, and of course is required, to <u>supplement</u> his responses "in a timely manner if [he] learns that in some material respect the disclosure or response is incomplete or incorrect, and if the additional or corrective information has not otherwise been made known to the other parties during the discovery process or in writing" or "as ordered by the court." Fed. R. Civ. P. 26(e)(1).

2. Plaintiff shall file his initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by no later than <u>March 23, 2020</u>. **No extensions will be granted and failure to comply may result in sanctions on plaintiff.**

3. The next case management conference is scheduled for April 24, 2020, at 3:00 p.m. If either party intends to move for summary judgment, that party's pre-motion conference letter is due April 10, 2020. Any response by plaintiff or defendant to the other party's pre-motion conference letter is due April 17, 2020. (<u>See</u> Judge Briccetti's Individual Practices, ¶ 2.B.ii).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: March 9, 2020
      White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge