UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
KERVIN JEANTY,                                             :
                            Plaintiff,          :    **ORDER**
                                                 :
v.                                                                     :    18 CV 7721 (VB)
                                               :
PRECISION PIPELINE SOLUTIONS, LLC,       :
                            Defendant.        :
--------------------------------------------------------------x

       As discussed at a conference held on April 24, 2020, and attended by plaintiff, who is proceeding pro se and in forma pauperis, and counsel for defendant, it is HEREBY ORDERED:

       1. For the reasons stated on the record, plaintiff's motion for reconsideration of the Court's April 7, 2020, Order imposing sanctions on plaintiff for failure to serve his initial disclosures is DENIED.

       2. Defendant's motion for summary judgment is due May 15, 2020.

       3. Plaintiff's opposition to defendant's motion for summary judgment, as well as plantiff's cross motion for summary judgment, are both due June 30, 2020.

       4. Defendant's reply in support of its motion for summary judgment, as well as defendant's opposition to plaintiff's cross motion for summary judgement is due July 14, 2020.

       5. Plaintiff's reply in support of his motion for summary judgment is due July 28, 2020.

       Chambers will mail a copy of this Order to plaintiff to the address on the docket.

Dated: April 27, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge