**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KERVIN JEANTY,

                         Plaintiff,                         18 **CIVIL** 7721 (VB)

         -against-                             **<u>JUDGMENT</u>**

PRECISION PIPELINE SOLUTIONS, LLC,

                        Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 24, 2021, the motion for summary judgment is GRANTED; accordingly, this case is closed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:**  New York, New York
            February 24, 2021

                                                           **RUBY J. KRAJICK**
                                                            _____
                                                              Clerk of Court
                                          **BY:**
                                                               **Deputy Clerk**